# EXHIBIT C

**EXHIBIT C**
**INFRINGEMENT OF CLAIM 1, US 10,364,953**
**REGAL ART & GIFT EDISON 1-LIGHT OUTDOOR HANGING LANTERN**

| Claim 1 | Accused Product | Accused Product (from Wayfair Website) |
|---|---|---|
| 1. A solar-powered lantern, comprising: | The Accused Product is a solar-powered outdoor hanging lantern. | |
| a housing (A) having an upper edge defining an upper surface, a lower edge defining a lower surface, and a sidewall (B) between the upper and lower edges; | The housing (A) of the Accused Product has an upper edge defining an upper surface, a lower edge defining a lower surface, and a sidewall (B) between the upper and lower edges. | |
| wherein the lower edge of the housing transitions into a shade portion (C) extending downwardly and outwardly from the sidewall of the housing; | In the Accused Product, the lower edge of the housing transitions into a shade portion (C) extending downwardly and outwardly from the sidewall (B) of the housing (A). | |
| a light bulb (D) extending downwardly from the lower surface of the housing; | In the Accused Product, Edison light bulb (D) extends downwardly from the lower surface of the housing (A). | |
| a cage (E) extending downwardly from the housing and surrounding the light bulb (D); | The Accused Product has a cage (E) that extends downwardly from the housing (A) and surrounds the light bulb (D). | |
| a hanger (F) having two ends coupled to opposing regions (G) on the sidewall (B) of the housing (A); | The Accused Product has a hanger (F) with two ends coupled to opposing regions (G) on the sidewall (B) of the housing (A). | |
| a solar panel (H) disposed on the upper surface of the housing (A); | A solar panel (H) is disposed on the upper surface of the housing (A). | |

| | | |
|---|---|---|
| a rechargeable battery disposed in the housing (A), and wherein the rechargeable battery is recharged with electrical energy generated by the solar panel (H); | A rechargeable battery is disposed in the housing (A) of the Accused Product, which is why the battery is not visible in the photo at right. The rechargeable battery is recharged with electrical energy generated by the solar panel (H). | |
| wherein the light bulb (D) is a simulated Edison bulb including an outer transparent shell encapsulating an elongated simulated filament defined by a plurality of LEDs powered by the rechargeable battery; and | In the Accused Product, the light bulb (D) is a simulated Edison bulb including an outer transparent shell encapsulating an elongated simulated filament defined by a plurality of LEDs powered by the rechargeable battery. This is why the Product is called an "EDISON 1-LIGHT OUTDOOR HANGING LANTERN" | |
| wherein the solar-powered lantern is entirely self-contained and portable, utilizing no power source other than the rechargeable battery for powering the LEDs in the simulated Edison bulb. | As evident from the photo at right, the Accused Product is entirely self-contained and portable, utilizing no power source other than the rechargeable battery for powering the LEDs in the simulated Edison bulb. | |

2